```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

JACK HUGHES and BARBARA HUGHES,

           Plaintiffs,

vs.                              Case No.  2:04-cv-485-FtM-29DNF

AMERICAN TRIPOLI, INC., GROBET USA, d/b/a GROBET FILE, CO. OF AMERICA, INC., INDIAN JEWELERS SUPPLY COMPANY, MALVERN MINERALS COMPANY, RIO GRANDE JEWELRY SUPPLY, THUNDERBIRD SUPPLY COMPANY, MASPETH POLISHING MATERIAL COMPANY, INC., MATCHLESS METAL POLISH COMPANY, THE SATEX CORP., and RANSOM & RANDOLPH COMPANY,

           Defendants.
_____

## ORDER

    This matter comes before the Court on review of the pending matters:

    On August 30, 2007, plaintiffs and defendants Rio Grande Jewelry Supply, Indian Jewelers Supply Company, The Sattex Corporation, and Thunderbird Supply Company filed a Joint Motion to Drop Parties (Doc. #314) with prejudice.  As all parties have stipulated to the dismissal of these defendants, the Court will dismiss the parties and excuse counsel from appearing at the Final Pretrial Conference.

    On July 17, 2007, plaintiffs filed a Motion to Dismiss as to Defendant, American Tripoli (Doc. #294).  Initially the Court noted

that a voluntary dismissal was not appropriate and American Tripoli, Inc. was directed to file a response.  (See Order, Doc. #306.)  On August 31, 2007, defendant American Tripoli, Inc. filed a Notice of Withdrawal of Objection to Plaintiffs' Motion to Dismiss as to American Tripoli, Inc. (Doc. #316) indicating no objection to the dismissal.  Therefore, the motion will be granted.

Due to the dismissal of these parties, the pending Joint Motion for Final Summary Judgment (Doc. #276) and pending motion *in limine* (Doc. #289) will be denied as moot as to all parties except Matchless Metal Polish Company.  Additionally, the motion *in limine* filed by American Tripoli, Inc. only (Doc. #290) will be denied as moot.

Plaintiffs have also filed a Notice of Dismissal Pursuant to Rule 41(a)(1) (Doc. #315) seeking to dismiss defendant Maspeth Polishing Material Company, Inc. without prejudice.  As this defendant has thus far failed to appear in the case, the Court will permit the dismissal.

Accordingly, it is now

**ORDERED**:

1.  Plaintiffs and defendants Rio Grande Jewelry Supply, Indian Jewelers Supply Company, The Sattex Corporation, and Thunderbird Supply Company's Joint Motion to Drop Parties (Doc. #314) is **GRANTED**.  Finding no just cause for delay, the Clerk shall enter judgment dismissing these defendants with prejudice with each

party to bear its own costs and attorney's fees.  The Clerk is further directed to terminate the defendants on the docket.

2. Defendants' Joint Motion for Final Summary Judgment (Doc. #276) and Motion to Exclude Testimony of Plaintiffs' Experts, Dr. Tee Giudotti and Dr. David Goldsmith, Concerning the Issue of An Alleged "Synergy" Between Cigarette Smoking and Exposure to Crystalline Silica as the Proximate Cause of Plaintiff's Lung Cancer (Doc. #289) is **DENIED** as moot as to all parties except Matchless Metal Polish Company.

3. Plaintiffs' Motion to Dismiss as to Defendant, American Tripoli (Doc. #294) is **GRANTED** and defendant American Tripoli, Inc. is dismissed with prejudice.  Finding no just cause for delay, the Clerk shall enter judgment accordingly and terminate this defendant on the docket.

4. Defendant American Tripoli, Inc.'s Motion to Exclude Expert Testimony and Related Evidence of Dr. Edward Karnes Pursuant to FRE 702, FRE 703 and *Daubert* (Doc. #290) is **DENIED** as moot.

5. Pursuant to plaintiffs' Notice of Dismissal Pursuant to Rule 41(a)(1) (Doc. #315), defendant Maspeth Polishing Material Company, Inc. is dismissed without prejudice.  Finding no just cause for delay, the Clerk shall enter judgment accordingly and terminate this defendant on the docket.

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of September, 2007.

_____
JOHN E. STEELE
United States District Judge